IN the INTEREST OF: A.K., a Minor and M.K., a Minor

**1024 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–38–DP–0000001–2016, CP–38–DP–0000002–2016

(Lebanon)

Affirmed

IN the INTEREST OF: A.K., M.K., S.D., Minors

**1025 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–38–DP–0000001–2016

CP–38–DP–0000002–2016

CP–38–DP–0000003–2016

(Lebanon)

Affirmed

**COM.**

v.

**WILLIAMS, M.**

**1259 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–38–CR–0000414–2014

(Lebanon)

Affirmed

**CORDELL, K.**

v.

**STAINS, M.**

**1672 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

14–SU–497 (Adams)

Affirmed

**COM.**

v.

**REED, A.**

**1708 MDA 2016**

Superior Court of Pennsylvania.

06/22/2017

CP–38–CR–0001482–2011, (Lebanon)

Affirmed, Reversed and Vacated